Rene L. Valladares
Federal Public Defender
NV Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania State Bar No. 332919
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_norwood@fd.org

*Attorney for Petitioner Juan Colin Leon

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Juan Colin Leon,

Petitioner,

v.

Todd Blanche et al.,

Respondents.

Case No. 2:26-cv-02898-MMD-EJY

**Order Granting Stipulation to Extend Deadline for filing of Amended Petition or Motion to Dismiss**

On September 16, 2026, the Court appointed the Federal Public Defender, District of Nevada, to represent Mr. Juan Colin Leon in this § 2241 immigration-related habeas matter. Per the Court's deadline, a counseled amended petition or a motion to dismiss is due today. ECF No. 3 at 2.

When the Court's mail to Mr. Leon at the Nevada Southern Detention Center (NSDC) was subsequently returned, the Court directed federal Respondents to file a status report confirming the petitioner's whereabouts. ECF No. 7. In the October 2 status report, Respondents represented that Mr. Leon was transferred from NSDC to a staging facility in Arizona on September 11, 2026, and then removed to Mexico on September 13, 2026, ECF No. 9. Respondents did not attach documentation of this removal, but represented they had been requested and that they would be

provided to counsel and that the report would be supplemented. Respondents' counsel has also represented to undersigned counsel that they would seek to obtain and provide Mr. Leon's 2009 removal order, which was not included in paperwork provided to counsel per the Court's order at ECF No. 3 at 3.

Respondents' counsel has yet to obtain this documentation. Counsel for Mr. Leon, who has not met his client, is not prepared to either seek relief via an amended petition or other means, or to seek dismissal of this action without reviewing the removal order and the documentation regarding the removal (which, if Respondents' representations are correct, would have happened a few days before this Court barred his removal from this District, see ECF No. 3 at 3).

Having conferred, the parties agree that a 31-day extension of the Court's deadline would be appropriate to allow Respondents time to obtain and provide the missing documentation, and for petitioner's counsel to review it prior to seeking further relief. This extension is supported by good cause, and not sought for any improper reason or for purposes of delay.

**CONCLUSION**

The parties respectfully request the Court extend the deadline for Mr. Leon to submit an Amended Petition or Motion to Dismiss for 31 days, until November 16, 2026.

Dated October 16, 2026.

*/s/ Nathan M. Claus*
Nathan M. Claus
Assistant United States Attorney

*/s/ Ryan Norwood*
Ryan Norwood
Assistant Federal Public Defender

IT IS SO ORDERED

DATED this 16th day of October, 2026.

Miranda M. Du, U.S. District Judge