Rene L. Valladares
Federal Public Defender
NV Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania State Bar No. 332919
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_norwood@fd.org

*Attorney for Petitioner Juan Colin Leon

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Juan Colin Leon,<br>Petitioner,<br>v.<br>Todd Blanche et al.,<br>Respondents. | Case No. 2:26-cv-02898-MMD-EJY<br><br>**Order Granting Second Stipulation to Extend Deadline for filing of Amended Petition or Motion to Dismiss** |

On September 16, 2026, the Court appointed the Federal Public Defender, District of Nevada, to represent Mr. Juan Colin Leon in this § 2241 immigration-related habeas matter. The parties stipulated to extend the prior deadline for filing an amended petition or motion to dismiss for 30 days. ECF No. 10,11. Per that stipulation, a counseled amended petition or a motion to dismiss is due today.

As noted in the prior stipulation, Mr. Leon's counsel was awaiting documentation to confirm Respondents' representations that Mr. Leon was validly removed from the country to Mexico on September 13, 2026, prior to the Court's appointment order. Counsel has recently received a copy of an executed warrant which appears to confirm the date of the removal, but is still awaiting a copy of Mr. Leon's 2009 removal order, which was not included in paperwork provided to

counsel per the Court's order at ECF No. 3 at 3. Respondents represented last Friday, November 13, that this order should be obtained within the next week.

Having conferred, the parties agree that a further 14-day extension of the Court's deadline would be appropriate to allow Respondents time to obtain and provide the missing documentation, and for petitioner's counsel to review it prior to determining whether a motion for voluntary dismissal can and should be filed. This extension is supported by good cause, and not sought for any improper reason or for purposes of delay.

**CONCLUSION**

The parties respectfully request the Court extend the deadline for Mr. Leon to submit an Amended Petition or Motion to Dismiss for 31 days, until November 30, 2026.

Dated November 16, 2026.

*/s/ Nathan M. Claus*
Nathan M. Claus
Assistant United States Attorney

*/s/ Ryan Norwood*
Ryan Norwood
Assistant Federal Public Defender

IT IS SO ORDERED:

U.S. DISTRICT JUDGE

Dated: November 17, 2026